AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

/s/ Gregory T. Murphy

| Date | Signature |

Print Name　　　　　　　　　　　　　　　　　Bar Number

Address

City　　　　　　　　State　　　　　　　Zip Code

Phone Number　　　　　　　　　　　　　　　Fax Number

1 **GREGORY T. MURPHY**
California State Bar No. 245505
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: gregory_murphy@fd.org

5 Attorneys for Valentin Perez-Rochin

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JAN M. ADLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08MJ1271 |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| VALENTIN PEREZ-ROCHIN, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

Respectfully submitted,

DATED: April 29, 2008              /s/ Gregory T. Murphy
                                    **GREGORY T. MURPHY**
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Valentin Perez-Rochin