```
 1  KAREN P. HEWITT
     United States Attorney
 2  JAMES P. MELENDRES
     Assistant U.S. Attorney
 3  California State Bar No. Pending
     United States Attorney's Office
 4  880 Front Street, Room 6293
     San Diego, California 92101-8893
 5  Telephone: (619) 557-6327 / (619) 235-2757 (Fax)
     Email: James.Melendres@usdoj.gov
 6
     Attorneys for Plaintiff
 7  United States of America
```

| | |
|---|---|
| 8 | UNITED STATES DISTRICT COURT |
| 9 | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1670-H |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| VALENTIN PEREZ-ROCHIN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name (If none, enter "None" below)

None.

//

//

//

1  Effective this date, the following attorneys are no longer associated with this case and should
2  not receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3  "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4  association):

5  Name (If none, enter "None" below)

6  None.

7  Please call me if you have any questions about this notice.

8  DATED: August 11, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/*James P. Melendres*
JAMES P. MELENDRES
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: James.Melendres@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1670-H |
| Plaintiff, ) | |
| v. ) | |
| ) | CERTIFICATE OF SERVICE |
| VALENTIN PEREZ-ROCHIN, ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, JAMES P. MELENDRES, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Gregory T. Murphy, Esq.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 11, 2008.

s/*James P. Melendres*
JAMES P. MELENDRES